IN THE UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| William S. Jackson | ) | Case #: 09-16584 |
| | ) | JUDGE MORGENSTERN-CLARREN |
| Debtor(s). | ) | |

## NOTICE OF MOTION FOR MORATORIUM

The Debtor has filed papers with the Court in this bankruptcy case as it relates to you herein.

YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the Motion then, on or before **October 27,  2009** you or your attorney must:

File with the Court a written objection or response to the Motion, explaining your position, at:

>Clerk of Court
>United States Bankruptcy Court
>Howard M. Metzenbaum U.S. Courthouse
>201 Superior Avenue
>Cleveland, Ohio 44114

If you mail your objection or response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail or email a copy to

>Aaron T. Kimbrell  Esq.
>Rauser & Associates
>614 West Superior Avenue, Suite 950
>Cleveland, Ohio 44113
>Email: mresar@ohiolegalclinic.com

Attend the hearing on the Motion scheduled to be held on **November 3, 2009** at **1:30p.m.** in Courtroom 2A, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue NE, Cleveland, Ohio 44114.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief.

Date:   October 2, 2009              /s/Aaron T. Kimbrell
                                     Aaron T. Kimbrell(0080406)
                                     Attorney for Debtor
                                     Rauser & Associates
                                     614 West Superior Avenue, Suite 950
                                     Cleveland, Ohio 44113
                                     (216) 263-6200
                                     (216) 263-6202 (fascimile)
                                     Email: mresar@ohiolegalclinic.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following by mailing a copy hereof by first class U.S. mail or Electronic Filing on this 2nd day of October, 2009.

**Debtor:**
William Jackson
2904 Woodhill Road
Cleveland, OH 44104

**Attorney for Debtor:**
Aaron T. Kimbrell
Rauser & Associates
614 W. Superior Avenue, Suite 950
Cleveland, Ohio 44113

**Trustee:**
Craig Shopneck
BP Tower
200 Public Square #3860
Cleveland, Ohio 44114-2321

**U.S. Trustee:**
200 Public Square
20th Floor, #3300
Cleveland, Ohio 44114

**Creditor(s):**
Ashtabula County Treasurer
25 West Jefferson St.
Jefferson, OH 44047-1092

Asset Acceptance
P.O. Box 2036
Warren, MI 48090

Asset Acceptance
P.O. Box 2036
Warren, MI 48090

Betty Darah
225 Burns Rd.
PO Box 1529
Elyria, OH 44036

Central Collection Agency
Division of Taxation
205 West Saint Clair Avenue
Cleveland, OH 44113-1503

Charter One Bank
c/o Arrow Financial Services LLC
5996 West Touhy Ave.
Niles, IL 60714-4610

Chase
P.O. Box 78116
Phoenix, AZ 85062

Cuyahoga County Treasurer
1219 Ontario St
Cleveland, OH 44113

Division of Water
P.O. Box 94540
Cleveland, OH 44101-4540

Dominion East Ohio
P.O. Box 26785
Richmond, VA 23261-6785

Equity Trust Company/ David Davis, c/o
Atty. Thomas L. Esper
10043 Dominion Village Drive
Charlotte, NC 28269

Hazel Financial Ltd.
2636 Brecksville Rd.
Richfield, OH 44286

Hazel Financial Ltd.
2636 Brecksville Rd.
Richfield, OH 44286

Jefferson Capital Systems
P.O. Box 23051
Columbus, GA 31902

Ohio Bureau of Workers' Compensation
P.O. Box 15567
Columbus, OH 43215

Ohio Department of Taxation
PO Box 850
Columbus, OH 43216

Portfolio Recovery Systems
P.O. Box 12914
Norfolk, VA 23541

Shirley Casey
152 Cherry Hill Rd.
Wadsworth, OH 44281

US District Court, ND of Ohio
100 US Court House
801 West Superior Avenue
Cleveland, OH 44113

/s/Aaron T. Kimbrell
Aaron T. Kimbrell (0080406)
Rauser & Associates
Attorney for Debtor
614 W. Superior Avenue, Suite 950
Cleveland, Ohio 44113
(216) 263-6200